*Mr. Reagan Houston* and *Mr. A. W. Houston* for defendant in error.

---

No. 35. NORTH AMERICAN TRANSPORTATION AND TRADING COMPANY, PLAINTIFF IN ERROR, *v.* W. B. GILL. In error to the Supreme Court of the State of Washington. Submitted for plaintiff in error October 18, 1906. Decided October 22, 1906. *Per Curiam.* Judgment affirmed with costs. *Leon v. Galceran,* 11 Wall. 185; *American Steamboat Company v. Chase,* 16 Wall. 522; *The Robert W. Parsons,* 191 U. S. 17, 36. *Mr. Frederick Bausman* for plaintiff in error. No appearance for defendant in error.

---

No. 38. W. J. LAFFOON, PLAINTIFF IN ERROR, *v.* J. F. KERNER ET AL. In error to the Supreme Court of the State of North Carolina. Submitted for plaintiff in error October 18, 1906. Decided October 22, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *California Consolidated Mining Company v. Manley, Sheriff, et al., post,* and cases cited. *Mr. Louis M. Swink* for plaintiff in error. No appearance for defendants in error.

---

No. 148. CALIFORNIA CONSOLIDATED MINING COMPANY, PLAINTIFF IN ERROR, *v.* CHARLES MANLEY, SHERIFF OF SHOSHONE COUNTY, STATE OF IDAHO, ET AL. In error to the Supreme Court of the State of Idaho. Motion to dismiss submitted October 15, 1906. Decided October 22, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Green v. Van Buskirk,* 3 Wall. 448; *Union Mutual Life Insurance Company v. Kirchoff,* 160 U. S. 374; *Haseltine v. Central Bank of Springfield, Mo.* (No. 1), 183 U. S. 130; *Schlosser v. Hemphill,*